UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Betty Lou Kasler           :           Case #: 05-68690

                                   :           Chapter 13

                                   :           Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 15, 2009             /s/ Frank M. Pees
                                      Frank M. Pees
                                      Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| TRUELOGIC FINANCE CORP<br>PO BOX 4238<br>ENGLEWOOD CO 80155-4238 | $21.99 |